RECEIVED

M/D I

APR 1 5 2014

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Lowndes County Jail
A.I.S.# 202964
Michael Shane Canaday Prose)
Full name and prison name of
Plaintiff(s)

v.

"Warden" Rufus Haralson

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:14-CV-280-MEF-TFM
(To be supplied by Clerk of U.S. District
Court)

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐   No ☑

     B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

     C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) __NONE__

               Defendant(s) __NONE__

          2.   Court (if federal court, name the district; if state court, name the county)

               __NONE__

3. Docket number  N.A-

4. Name of judge to whom case was assigned  N.A-

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?)  NONE

6. Approximate date of filing lawsuit  N.A-

7. Approximate date of disposition  N.A

II. PLACE OF PRESENT CONFINEMENT  Lowndes County Detention Center - 653 State Hwy. 21 south, Hayneville, Al. 36040

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Lowndes County Detention Center, Hayneville, Al. 36040

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Warden Rufus Haralson - Lowndes County Detention Center
2.                                  653 State Hwy. 21 south
3.                                  Hayneville, Al. 36040
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  February 25th 2014 March - 11th, 2014

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  On Tuesday, February 25th 2014. Canaday wrote an inmate request form (Provided by the Lowndes County Detention Center Facility) To Lieutenant C. Glover requesting the use of the law library or law books.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Friday, February 27th 2014 Canaday received the request form back stating; "Mr. Canaday please be more specific about the law information you need such as certain criminal procedures or case laws." - Signed, Lt. Glover. dated 2/27/14

GROUND TWO: On March 3rd 2014. I wrote Lt. Glover and requested specific State Statues. (copies of) - and stated that she should be able to find these on the county computer.

SUPPORTING FACTS: On March 10th 2014. Lt. Glover responded verbally, and stated that, refering to legal request, I should direct all questions to her boss - "Warden" Rufus Haralson. That anything of that nature is passed up to him. And he is responsible for any legal literature for the inmate population.

GROUND THREE: On March 11th 2014. I wrote Rufus Haralson a request asking for copies of some Federal rules and Federal procedures. As to date no return of any thing.

SUPPORTING FACTS: It is to my belief and understanding That by law and United States Constitutional rights - wich in part guarantees that I have the same and equal rights and opportunities as my peers. Being a "State inmate" I too should be afforded the same rights and have access to an adequate Law Library, wich I am currently being denied by remaining at the Lowndes County Detention Center.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

A court order transfering State inmate, Michael Shane Canaday #202964 from Lowndes County Detention Center to - The Alabama Department of Corrections, Kilby Correctional institution giving Canaday the same access an opportunity to a adequate Law Library as other state inmates have.

Signature of plaintiff(s)   Michael Shane Canaday #202964   Pro se

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2014.

Signature of plaintiff(s)

MICHAEL SHANE CANADAY
A.I.S. # 202964
LOWNDES COUNTY DETENTION CENTER
653 STATE Hwy. 21 SOUTH
HAYNEVILLE, Al. 36040

EXHIBIT

(A.) = MEMORANDUM

MICHAEL CANADAY
#202964
LOWNDES CO. DETENTION
353 STATE HWY. 21 South
Hayneville, Al. 36040

Legal Mail

MONTGOMERY AL 360
14 APR 2014 PM 3 L

This mail is from
the county jail.

U.S. DISTRICT COURT CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
ONE CHURCH STREET    Room B-110
Montgomery, Al.   36104

36104401801