IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL SHANE CANADY, #202964, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. 2:14-CV-280-MEF |
| ) | [WO] |
| v. ) | |
| ) | |
| RUFUS HARALSON, ) | |
| ) | |
| Defendant. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

The plaintiff, an indigent inmate, initiated this cause of action on April 15, 2014. Subsequently, and prior to the defendants filing a response to the complaint, the plaintiff filed a "Motion for Order to Dismiss for Mootness" in which he seeks dismissal of this case as the defendant "is in full compliance with the relief requested in .. the complaint." *Doc. No. 7* at 1.

Upon consideration of the plaintiff's motion to dismiss, the court concludes that the motion is due to be granted. Furthermore, since the plaintiff concedes that this case is moot because he has obtained all the relief sought in the instant complaint, the court discerns that this case should be dismissed with prejudice.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. The plaintiff's motion to dismiss be GRANTED.

2. This case be dismissed with prejudice.

3.  No costs be taxed herein.

It is further

ORDERED that on or before July 7, 2014 the parties may file objections to this Recommendation.  Any objections filed must clearly identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, en banc*)*, adopting as binding precedent all decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 17th day of June, 2014.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

2