IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL SHANE CANADY, #202964 )
                                )
        Plaintiff,              )
v.                              )   CASE NO. 2:14-cv-280-MEF
                                )           WO
RUFUS HARALSON,                 )
                                )
        Defendant.              )

# **O R D E R**

On  June 17, 2014, the Magistrate Judge filed a Recommendation (Doc. #11) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The plaintiff's motion to dismiss is GRANTED and this case is DISMISSED with prejudice.

3.  No costs are taxed herein.

DONE this the 16th day of July, 2014.

                        /s/ Mark E. Fuller
                        UNITED STATES DISTRICT JUDGE